# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TAVIA WAGNER,

    Plaintiff,

v.                                                      Case No: 6:23-cv-1875-RBD-LHP

LOCAL HONEY LLC and HOT
DOG HEAVEN OF ORLANDO
INC.,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 11), filed December 11, 2023. No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 11, 2023.



ROY B. DALTON, JR.
United States District Judge